TRINETTE G. KENT (State Bar No. 025180)
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 699-8693
Facsimile: (480) 717-4781
E-mail: tkent@lemberglaw.com

Of Counsel to
Lemberg Law, LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Derek Jacobs

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Derek Jacobs,<br><br>           Plaintiff,<br><br>     vs.<br><br>National Credit Systems, Inc.; and DOES 1-10, inclusive,<br><br>           Defendants. | Case No.: 2:14-cv-01554-BSB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed against Defendants, National Credit Systems, Inc. and Does 1-10, inclusive, with prejudice and with each party to bear its own attorneys' fees and costs.

DATED:  May 26, 2015

| Plaintiff | Defendant |
|---|---|
| __/s/ Trinette G. Kent_____ | _/s/ _Charity A. Olson_____ |
| TRINETTE G. KENT<br>10645 North Tatum Blvd.<br>Suite 200-192<br>Phoenix, AZ 85028<br>*Of Counsel to:*<br>Lemberg Law, LLC<br>A Connecticut Law Firm<br>1100 Summer Street<br>Stamford, CT  06905<br>*Attorney for Plaintiff* | CHARITY A. OLSON<br>OLSON LAW GROUP<br>2723 S. State St., Ste. 150<br>Ann Arbor, MI 48104<br>*Attorney for Defendant* |

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On May 26, 2015 I served a true copy of foregoing document(s): **STIPULATION FOR DISMISSAL WITH PREJUDICE**.

**BY ELECTRONIC FILING:** I hereby certify that on May 26, 2015, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

**Attorney for Defendants National Credit Systems, Inc**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on May 26, 2015.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ Trinette G. Kent*
TRINETTE G. KENT
Attorney for Plaintiff